COMMONWEALTH of Pennsylvania, Petitioner,

v.

Javier S. ORTIZ, Respondent.

Supreme Court of Pennsylvania.

July 21, 1998.

**PER CURIAM**

AND NOW, this 21 st day of July, 1998, the above-listed Petition for Allowance of Appeal is hereby GRANTED and the parties are directed to address the following issue:

Whether the Superior Court erred when it defined the term "place of abode" as contained in 18 Pa.C.S. 6106(a).